UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:17-cr-00184-JRS-TAB |
| | ) | |
| ANTONIO ALLEN, JR., | ) | - 01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On June 9, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on January 26, 2023, and order granting the Petition filed on January 27, 2023.  [Filing Nos. 52, 53.]  Defendant appeared in person with his appointed counsel Hannah Jones.  The government appeared by Patrick Gibson, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer  Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.    The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2.    After being placed under oath, Defendant admitted violation number 2.   [Filing Nos. 52, 53.]  Government orally moved to withdraw the remaining violations numbered 1, 3 and 4, which motion was granted by the Court.

3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."** |

As noted above, on January 21, 2023, Mr. Allen was arrested and charged with possessing a firearm in Marion County, Indiana.

4.    The parties stipulated that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is II.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5.    The government argued for a sentence of 12 months imprisonment with no supervised release to follow. Defendant's counsel argued for a sentence of 3 months imprisonment with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of a sentence of 9 months imprisonment with no supervised release to follow.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/10/2026

                                 Tim A. Baker
                                 United States Magistrate Judge
                                 Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system